PROB 12C
(6/16)

Report Date:  November 4, 2016

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cedric Dion Allen          Case Number: 0980 2:04CR00256-FVS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: April 28, 2005

| | |
|---|---|
| Original Offense: | Possession With the Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 151 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington |
| | Date Supervision Commenced: December 11, 2015 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: December 10, 2018 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1    **Special Condition #18:** You shall abstain from use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.

**Supporting Evidence**: Mr. Allen violated the terms of his supervised release by consuming alcohol on or about October 6, 2016.

2    **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Mr. Allen violated the terms of his supervised release on or about October 17, 2016, by associating with individuals engaged in criminal activities.

3    **Special Condition #18:** You shall abstain from use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.

**Supporting Evidence**: Mr. Allen violated the terms of his supervised release by consuming a controlled substance, cocaine, on or about October 1, 16, 27, and November 2, 2016.

Prob12C

**Re: Allen, Cedric Dion**
**November 4, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the Cedric Allen to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/04/2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Fred Van Sickle*

Signature of Judicial Officer

November 4, 2016
Date