PROB 12C  
(6/16)

Report Date: January 19, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cedric Dion Allen                Case Number: 0980 2:04CR00256-RMP-1

Address of Offender: Unknown

Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge  
Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: April 28, 2005

| | | |
|---|---|---|
| Original Offense: | Possession With the Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 151 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(11/22/2016) | Prison -28 days<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: December 8, 2016 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: December 7, 2019 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Special Condition #6:** You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances
 | **Supporting Evidence:** Cedric Allen violated the terms of his supervised release in Spokane, Washington, by consuming alcohol on or about December 31, 2016, through on or about January 1, 2017.

Prob12C
Re: Allen, Cedric Dion
January 19, 2017
Page 2

| | | |
|---|---|---|
| 2 | **<u>Special Condition #6:</u>** You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances | |

**<u>Supporting Evidence</u>**: Cedric Allen violated the terms of his supervised release in Spokane, Washington, by consuming cocaine on or about December 31, 2016, through on or about January 1, 2017.

3   **<u>Special Condition #6:</u>** You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances

**<u>Supporting Evidence</u>**: Cedric Allen violated the terms of his supervised release in Spokane Washington by consuming cocaine on or about January 5 and January 9, 2017.

4   **<u>Special Condition #5:</u>** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**<u>Supporting Evidence</u>**: Cedric Allen violated the terms of his supervised release by failing to attend substance abuse treatment classes at ADEPT on or about January 16, 17, and 18, 2017.

5   **<u>Standard Condition # 5</u>**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**<u>Supporting Evidence</u>**: Cedric Allen violated the terms of his supervised release by failing to report a current address since on or about January 16, 2017.

6   **<u>Special Condition #2</u>**: You shall complete a mental health evaluation and follow any treatment recommendation of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

**<u>Supporting Evidence</u>**: Cedric Allen violated the terms of his supervised release by failing attend a mental health appointment on or about January 18, 2017.

7   **<u>Standard Condition #2:</u>** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

Prob12C
**Re: Allen, Cedric Dion**
**January 19, 2017**
**Page 3**

|   |   |
|---|---|
| | **Supporting Evidence**: Cedric Allen violated the terms of his supervised release by failing to report to the U.S. Probation Office on or about January 18, 2017. It appears Mr. Allen has absconded from supervision. |
| 8 | **Special Condition #6:** You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances |
| | **Supporting Evidence**: Cedric Allen violated the terms of his supervised release in Spokane Washington, by failing to appear for a random urinalysis test on or about January 17, 2017. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 19, 2017

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/19/2017

Date